■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN G. FULLER, Appellant. [28 NYS3d 920]—McCarthy, J.P. Appeal from an order of the County Court of Broome County (Smith, J.), dated July 31, 2014, which classified defendant as a risk level three sex offender pursuant to the Sex Offender Registration Act.

In 1989, defendant was convicted of, among other things, three counts of rape in the first degree, two counts of sodomy in the first degree and two counts of sexual abuse in the first degree and was sentenced to an aggregate prison term of 25 to

50 years (*People v Fuller*, 185 AD2d 446 [1992], *lv denied* 80 NY2d 974 [1992]). In anticipation of his release on parole, a risk assessment instrument was prepared, in accordance with the Sex Offender Registration Act (*see* Correction Law art 6-C), that presumptively classified defendant as a risk level three sex offender. Following a hearing, County Court rejected defendant's challenges to certain point assessments and adjudicated him a risk level three sex offender. This appeal ensued.

The order that defendant seeks to have reviewed by this Court was "not . . . entered and filed in the office of the clerk of the court and, therefore, the appeal from that order must be dismissed because it is not properly before us at this time" (*People v Laurange*, 97 AD3d 995, 996 [2012] [internal quotation marks and citation omitted]; *see People v Goodwin*, 131 AD3d 1284, 1285 [2015]).

Garry, Lynch, Devine and Clark, JJ., concur. Ordered that the appeal is dismissed, without costs.